**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Julio Roberto ESTEBAN–MENDEZ, Defendant–Appellant.**

No. 00–10543.

D.C. No. CR–00–798–PGR.

United States Court of Appeals, Ninth Circuit.

courts of this circuit except as may be provided by 9th Cir. R. 36–3.

Submitted May 14, 2001 [1].

Decided May 30, 2001.

Before PREGERSON, FERNANDEZ, and WARDLAW, Circuit Judges.

## MEMORANDUM [2]

Julio Esteban–Mendez appeals his conviction by guilty plea and sentence for illegal re-entry after deportation, in violation of 8 U .S.C. § 1326(a). Esteban–Mendez's attorney has moved to withdraw pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), on the ground that there are no non-frivolous grounds to appeal. Esteban–Mendez did not file a pro se supplemental brief. Because our independent review of the

1. The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

2. This disposition is not appropriate for publication and may not be cited to or by the

record indicates that the plea agreement, including the waiver of the right to appeal, was entered knowingly and voluntarily, *United States v. Aguilar–Muniz,* 156 F.3d 974, 976 (9th Cir.1998) (waiver of right to appeal is valid if knowing and volutary), we enforce the waiver, grant counsel's motion to withdraw, and dismiss the appeal.

DISMISSED.

courts of this circuit except as may be provided by 9th Cir. R. 36–3.

